```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 40226
   BRIAN M ANDERSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1819

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/29/2004 and was confirmed 01/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING    MORTGAGE ARRE    20519.85            .00         20519.85
LITTON LOAN SERVICING    CURRENT MORTG        .00             .00              .00
US BANK NA               NOTICE ONLY     NOT FILED            .00              .00
MOULTON & ASSOCIATES     DEBTOR ATTY      1,300.00                         1,300.00
TOM VAUGHN               TRUSTEE                                           1,255.15
DEBTOR REFUND            REFUND                                            1,300.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              24,375.00

PRIORITY                                      .00
SECURED                                 20,519.85
UNSECURED                                     .00
ADMINISTRATIVE                           1,300.00
TRUSTEE COMPENSATION                     1,255.15
DEBTOR REFUND                            1,300.00
                     --------------     --------------
TOTALS               24,375.00          24,375.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/24/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```